UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1132-JLS |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| LIBERTY GUTIERREZ, | |
| Defendant. | |

WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in property involved in the offense of Defendant LIBERTY GUTIERREZ ("Defendant"), pursuant to Title 18, United States Code, Section 982(a)(1), as charged in the Information; and

WHEREAS, on or about April 13, 2021, Defendant pled guilty before U.S. Magistrate Judge Allison H. Goddard to the one-count Information, which plea included consent to the forfeiture allegations of the Information, and an agreement to forfeit to the United States the amount of $593,210.09 as property involved in the offense of Defendant which was received from the money laundering in which she was directly and personally engaged, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, on May 20, 2021 this Court accepted the guilty plea of Defendant; and

1  WHEREAS, by virtue of the admissions of the Defendant set out in the plea
2  agreement and guilty plea, the Court determined that $593,210.09 (U.S. dollars)
3  represents property involved in the offense which Defendant personally obtained
4  directly as a result of the offense to which Defendant pled guilty, 18 U.S.C.
5  § 1956(h), as charged in the Information; and

6  WHEREAS, by virtue of said guilty plea and the Court's findings, the
7  United States is now entitled to an Order of Forfeiture in its favor against the
8  Defendant for the amount of property involved in the offense in the amount of
9  $593,210.09, pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(b) of the Federal Rules
10 of Criminal Procedure; and

11 WHEREAS, by virtue of the facts set forth in the Plea Agreement and
12 Forfeiture Addendum, the Court hereby finds that the United States has established
13 the requisite nexus between the $593,210.09 forfeiture and the offense; and

14 WHEREAS, the Defendant agreed that the provisions for the substitution of
15 assets as provided in 18 U.S.C. § 982(b) exist and has agreed the United States may
16 take all actions available to it to collect the full amount of the forfeiture; and

17 WHEREAS, the United States, having submitted the Order herein to the
18 Defendant through her attorney of record, to review, and no objections having been
19 received;

20 Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

21 1. Defendant LIBERTY GUTIERREZ shall forfeit to the United States the
22 sum of $593,210.09 pursuant to 18 U.S.C. § 982(a)(1) in the form of a money
23 judgment representing property involved in the offense which Defendant personally
24 received from her offense of conviction, which forfeiture is in favor of the
25 United States against Defendant LIBERTY GUTIERREZ, with interest to accrue
26 thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961.

27 2. Defendant shall pay $25,000 for application to the forfeiture money
28 judgment on or before August 27, 2021.  Defendant shall pay the balance of the

forfeiture money judgment at the rate of $500 per month, with the first payment due the first day of the month following the month of sentencing. Any failure to pay according to these terms entitles the United States to take any and all actions to collect the unpaid balance plus any applicable interest. All payments shall be made by cashier's check, will be mailed to the United States Marshals Service, and will be made payable to the United States Marshals Service. Each cashier's check must bear Defendant's name, case number, and indicate "forfeiture money judgment."

3. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture.

4. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

5. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced.

6. Subject to the provisions of paragraph 2 above, the United States may move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $593,210.09 to satisfy the forfeiture in whole or in part.

7. Subject to the provisions of paragraph 2 above, the United States may take any and all actions available to it to collect and enforce the forfeiture.

IT IS SO ORDERED.

Dated: May 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge